# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ONYX ENTERPRISES
INTERNATIONAL CORP.,

                   Plaintiff,

v.

REGENCY GLOBAL SOLUTIONS, INC.

                   Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01544-KJD-CWH

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff and against Defendant PreCharge USA, Inc. in the amount of $533,939.05.

April 30, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk